| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

**Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)**

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Van Antwerpen, Franklin S. | United States Court of Appeals for the Third Circuit | 05/03/2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge-Active | ___ Nomination, Date _____ <br> ___ Initial   X Annual   ___ Final <br> 5b. ___ Amended Report | 01/01/2005 – 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| L & D Holmes Plaza, 4th Floor <br> 101 Larry Holmes Drive <br> Easton, PA 18042 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X   NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X   NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| X   NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X   NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Van Antwerpen, Franklin S. | 05/03/2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children.  See pp. 25-27 of Instructions.)*

SOURCE             DESCRIPTION

☐   **NONE**  (No such reportable reimbursements.)

## V. GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

SOURCE      DESCRIPTION      VALUE

☒   **NONE**  (No such reportable gifts.)

| | $ |
| | $ |
| | $ |
| | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

CREDITOR      DESCRIPTION      VALUE CODE*

☒   **NONE**  (No reportable liabilities.)

*Value Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Van Antwerpen, Franklin S. | 05/03/2006 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Savings & Checking Accts. Wachovia, Easton | B | int. | M | T | | | | | |
| 2 Philadelphia Graduate Hospital, Tax Free Bond | A | int. | J | T | | | | | |
| 3 IRA-MFS Financial Services Mass. Investment Growth | | none | K | T | | | | | |
| 4 IRA-MFS Financial Services Mass. Emerging Growth | | none | K | T | | | | | |
| 5 Van Kampen Emerging Growth | | none | J | T | | | | | |
| 6 Franklin Flex Cap Growth | | none | K | T | | | | | |
| 7 Franklin Dynatech | | none | K | T | | | | | |
| 8 Franklin Growth | A | div. | L | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001 - $100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2  Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000  P4=More than $50,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3  Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Van Antwerpen, Franklin S. | 05/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

With regard to Section VII. "INVESTMENTS AND TRUSTS," item #6, the change in value is due to changed market conditions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date  May 3, 2006
     Franklin S. Van Antwerpen

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544